360 A.2d 228

COMMONWEALTH

v.

SOSTARICH, Appellant.

COMMONWEALTH

v.

FOX, Appellant.

Submitted November 17, 1975. Robert J. Felton, and Jack, Kookogey & Schug, for appellants; Ballard F. Smith, Jr., Assistant District Attorney, and Paul D. Shafer, Jr., District Attorney, for Commonwealth, appellee.

Orders affirmed in both appeals.